# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00241 |
| | ) | Judge Trauger |
| HEXON OCHOA-MARTINEZ | ) | |
| | ) | |

## O R D E R

Upon receipt of the defendant's most recent letter questioning his jail credit (Docket No. 49), the court requested the Probation Office to look into the matter. It is hereby **ORDERED** that the Clerk shall file the attached Memorandum from Supervisory U.S. Probation Officer Vidette Putman, prepared in response to the court's request.

It is so **ORDERED.**

ENTER this 2nd day of July 2013.

_____
ALETA A. TRAUGER
U.S. District Judge